IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

PATSY FOWLKES, PLAINTIFF,

VS. CIVIL ACTION NO. 1:05CV14-P-D

SCHERING-PLOUGH CORPORATION
VOLUNTARY EARLY RETIREMENT
PROGRAM, DEFENDANT.

## FINAL JUDGMENT

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Defendant's Motion for Summary Judgment [7-1] is **GRANTED**;

(2) Plaintiff's Motion for Summary Judgment [20-1] is **DENIED**; accordingly,

(3) The plaintiff's claims against the defendant are **DISMISSED WITH PREJUDICE**; and

(4) This case is **CLOSED**.

**SO ORDERED** this the 28th day of November, A.D., 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE